IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID NICOLAS BRITO CEDILLO, | ) | |
| Petitioner, | ) | |
| v. | ) | 1:26-cv-2463 (AJT-IDD) |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Petitioner David Nicolas Brito Cedillo's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on August 7, 2026.

Petitioner argues that he is entitled to habeas relief because he is being detained unlawfully without access to a bond hearing pursuant to 8 U.S.C. § 1226. [Doc. No. 1]. In opposition, Respondents have filed a declaration under penalty of perjury stating that Petitioner is being detained under a final removal order and is therefore detained under § 1231. [Doc. No. 4-1]. Petitioner has not filed any reply disputing that he is subject to a final removal order. For these reasons, it is hereby

**ORDERED** that the Petition be, and the same hereby is, **DENIED** without prejudice to Petitioner filing an amended petition within 7 days of this Order.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

August 18, 2026
Alexandria, Virginia

Anthony J. Trenga
United States District Judge